IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAMAJCZA BUTTS, | § | |
| | § | No. 256, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1506010850 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 11, 2017
Decided: July 24, 2017

## **ORDER**

This 24th day of July 2017, it appears to the Court that, on June 20, 2017, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file a notice of appeal within 30 days of the May 19, 2017 Superior Court order sentencing him for a violation of probation. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice